| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Atlas Trading Conglomerate, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Dollar Phone Access, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-0640942** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**34 Franklin Avenue**<br>**Suite 220**<br>**Brooklyn, NY 11205**<br>Number, Street, City, State & ZIP Code<br><br>**Kings**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Atlas Trading Conglomerate, Inc.**    Case number (*if known*)
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Atlas Trading Conglomerate, Inc.**    Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Atlas Trading Conglomerate, Inc.**<br>Name | Case number (*if known*) |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 10, 2017**
                        MM / DD / YYYY

**X** **/s/ Aaron Schulman**                                                **Aaron Schulman**
Signature of authorized representative of debtor                              Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Edward N. Gewirtz**                                             Date **September 10, 2017**
Signature of attorney for debtor                                                       MM / DD / YYYY

**Edward N. Gewirtz**
Printed name

**Bronstein, Gewirtz & Grossman, LLC**
Firm name

**60 East 42nd Street**
**Suite 4600**
**New York, NY 10165**
Number, Street, City, State & ZIP Code

Contact phone  **212-697-6484**         Email address  **chona@bgandg.com**

**EG6801**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Atlas Trading Conglomerate, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **BellSouth Telecommunications**<br>**c/o Mayer Brown, LLP**<br>**71 South Wacker Drive**<br>**Chicago, IL 60606-4637** | | **Trade debt** | **Disputed** | | | **$257,069.65** |
| **C&W Networks**<br>**15950 West Dixie Highway**<br>**Miami, FL 33162** | | **Trade debt** | **Disputed** | | | **$311,126.67** |
| **Calhoun Bhella Sechrest**<br>**325 N. Saint Paul Street**<br>**Suite 2300**<br>**Dallas, TX 75201** | | **Trade debt** | **Disputed** | | | **$6,860.00** |
| **Illinois Bell Telephone Co.**<br>**c/o Mayer Brown, LLP**<br>**71 South Wacker Drive**<br>**Chicago, IL 60606-4637** | | **Trade debt** | **Disputed** | | | **$257,069.65** |
| **Indiana Bell Telphone Co., Inc**<br>**c/o Mayer Brown, LLP**<br>**71 South Wacker Drive**<br>**Chicago, IL 60606-4637** | | **Trade debt** | **Disputed** | | | **$257,069.65** |

Debtor **Atlas Trading Conglomerate, Inc.**                                   Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MCI International Services**<br>**One International Drive**<br>**Rye Brook, NY 10573** | | **Trade debt** | **Disputed** | | | **$178,894.59** |
| **Michigan Bell Telephone Co.**<br>**c/o Mayer Brown, LLP**<br>**71 South Wacker Drive**<br>**Chicago, IL 60606-4637** | | **Trade debt** | **Disputed** | | | **$257,069.65** |
| **Nevada Bell Telephone Co.**<br>**c/o Mayer Brown, LLP**<br>**71 South Wacker Drive**<br>**Chicago, IL 60606-4637** | | **Trade debt** | **Disputed** | | | **$257,069.65** |
| **Pacific Bell Telephone Company**<br>**c/o Mayer Brown, LLP**<br>**71 South Wacker Drive**<br>**Chicago, IL 60606-4637** | | **Trade debt** | **Disputed** | | | **$257,069.65** |
| **Southwestern Bell Telephone Co**<br>**c/o Mayer Brown, LLP**<br>**71 South Wacker Drive**<br>**Chicago, IL 60606-4637** | | **Trade debt** | **Disputed** | | | **$257,069.65** |
| **The Ohio Bell Telephone Co.**<br>**c/o Mayer Brown, LLP**<br>**71 South Wacker Drive**<br>**Chicago, IL 60606-4637** | | **Trade debt** | **Disputed** | | | **$257,069.65** |
| **Verizon**<br>**500 Technology Drive**<br>**Suite 550**<br>**Weldon Spring, MO 63304** | | **Utility Bill** | **Disputed** | | | **$46.05** |

Debtor **Atlas Trading Conglomerate, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wisconsin Bell Inc. c/o Mayer Brown, LLP 71 South Wacker Drive Chicago, IL 60606-4637** | | **Trade debt** | **Disputed** | | | **$257,069.65** |

EXHIBIT A

1. Southwestern Bell Telephone Company
2. BellSouth Telecommunications LLC
3. Illinois Bell Telephone Company
4. Indiana Bell Telephone Company Inc.
5. Michigan Bell Telephone Company
6. Nevada Bell Telephone Company
7. Pacific Bell Telephone Company
8. The Ohio Bell Telephone Company
9. Wisconsin Bell Inc.

The above 9 creditors (collectively the "AT&T ILECs") combined have a judgment entered in the Northern District of Texas for $885,108.17 entered as of 5/31/16

The AT&T ILECs combined further have an award for their attorneys' fees in the amount of $1,235,642.38 + $16,685.24 in costs by the Northern District of Texas

The AT&T ILECs have further claimed entitlement to payment in the amount of at least $163,615.59 for post judgment charges through July 2017 for the aforesaid judgment.

The AT&T ILECs have further sought at least $12,575.50 in attorneys' fees based on a sanctions award in the Northern District of Texas, plus the AT&T ILECs seek additional awards of sanctions.

In total, the AT&T ILECs combined have a disputed claim for at least $2,313,626.88

BellSouth Telecommunications
c/o Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606-4637


C&W Networks
15950 West Dixie Highway
Miami, FL 33162


Calhoun Bhella Sechrest
325 N. Saint Paul Street
Suite 2300
Dallas, TX 75201


Illinois Bell Telephone Co.
c/o Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606-4637


Indiana Bell Telphone Co., Inc
c/o Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606-4637


MCI International Services
One International Drive
Rye Brook, NY 10573


Michigan Bell Telephone Co.
c/o Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606-4637


Nevada Bell Telephone Co.
c/o Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606-4637


Pacific Bell Telephone Company
c/o Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606-4637

```
Southwestern Bell Telephone Co
c/o Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606-4637


The Ohio Bell Telephone Co.
c/o Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606-4637


Verizon
500 Technology Drive
Suite 550
Weldon Spring, MO 63304


Wisconsin Bell Inc.
c/o Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606-4637
```

# United States Bankruptcy Court
## Eastern District of New York

In re **Atlas Trading Conglomerate, Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Atlas Trading Conglomerate, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dollar Phone Corp.**

☐ None [*Check if applicable*]

**September 10, 2017**

Date

**/s/ Edward N. Gewirtz**
**Edward N. Gewirtz EG6801**
Signature of Attorney or Litigant
Counsel for **Atlas Trading Conglomerate, Inc.**
**Bronstein, Gewirtz & Grossman, LLC**
**60 East 42nd Street**
**Suite 4600**
**New York, NY 10165**
**212-697-6484**
**chona@bgandg.com**